# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nancy Swank,<br><br>    Plaintiff,<br>v.<br><br>Alejandro Mayorkas,[1] Secretary of the Department of Homeland Security,<br><br>    Defendant. | Case No.: CV 20-4212-CBM-JPR(x)<br><br>**JUDGMENT**<br><br>JS-6 |

Consistent with the Order re: Defendant's Motion for Summary Judgment, or in the Alternative, For Summary Adjudication of Issues, judgment is entered in favor of Defendant Alejandro Mayorkas, Secretary of the Department of Homeland Security, and against Plaintiff Nancy Swank on Plaintiff's sex discrimination claim under Title VII of the Civil Rights Act of 1964.

DATED: August 23, 2021.

                                                  CONSUELO B. MARSHALL
                                                UNITED STATES DISTRICT JUDGE

---

[1] Secretary Alejandro Mayorkas was substituted in place of former defendant Chad Wolf pursuant to Fed. R. Civ. P. 25(d).